_____

No. 95-3234
_____

Michael R. Williams,                    *
                                        *
        Plaintiff-Appellant,            *      Appeal from the United States
                                        *      District Court for the
    v.                                  *      Eastern District of Missouri.
                                        *
John Langland; John Doe, I-III,         *          [UNPUBLISHED]
                                        *
        Defendants-Appellees.           *


_____

Submitted:  April 12, 1996

Filed:  July 1, 1996
_____

Before  WOLLMAN  and  HANSEN,  Circuit  Judges,  and  KYLE,[*]  District
        Judge.
_____


PER CURIAM.


    Michael R. Williams appeals from the district court's[1] dismissal
without prejudice of his 42 U.S.C. § 1983 action claiming deliberate
indifference to his alleged serious medical needs.  The district court
dismissed the action because Williams failed to timely serve the defendants
pursuant to Fed. R. Civ. P. 4(m).  Williams contends that the district
court abused its discretion in dismissing his lawsuit because he offered
explanations which

_____

        [*]The HONORABLE RICHARD H. KYLE, United
States District Judge for the District of
Minnesota, sitting by designation.

        [1]The Honorable Jean C. Hamilton, Chief Judge, United States
District Court for the Eastern District of Missouri.

constitute good cause to excuse his failure to timely effect service on the defendants.  Specifically, Williams claims that the court articulated the proper standard for determining whether good cause exists but subsequently applied a different and improper standard to the facts of this case.

After carefully reviewing the record, we conclude that the district court correctly dismissed Williams' lawsuit for the reasons set forth in its well-reasoned opinion.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.[2]

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]Prior to argument in this case, Williams filed a motion to strike the response of Correctional Medical Services and to consider the response filed by the State of Missouri as the brief of the Appellees or, alternatively, to strike the State's brief as well.  We ordered Williams' motion to be submitted with the case and, after a careful review, it is hereby denied.